UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:16-CV-20993-DPG

**MATHIAS SALAMON**, on behalf of
himself and those similarly situated,

    Plaintiff,

v.

**BAYVIEW LOAN SERVICING, LLC,**
a Florida Limited Liability Company,
and **BAYVIEW ASSET MANAGEMENT, LLC,**
a Florida Limited Liability Company,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and with the agreement of Defendants Bayview Loan Servicing, LLC and Bayview Asset Management, LLC, Plaintiff Mathias Salamon ("Plaintiff") hereby voluntarily dismisses this action **without** prejudice in order to permit him to pursue his claims in arbitration per Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, and the Parties agreement to arbitrate the subject claims.

    Respectfully submitted,

    **MORGAN & MORGAN, P.A.**
    *Attorneys for Plaintiff Mathias Salamon*
    600 N. Pine Island Road, Suite 400
    Plantation, Florida 33324
    Phone: 954-967-5377
    Fax: 954-327-3013

    By: **/s/  ANDREW R. FRISCH**
    ANDREW R. FRISCH
    Florida Bar No. 27777
    E-mail:  afrisch@forthepeople.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties and counsel of record.

/s/ ANDREW R. FRISCH
ANDREW R. FRISCH